No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MYRON SCHOENFELD, Appellant.—

Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TULLY, Appellant.—

No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.

JESSE L. WIENER, Appellant, v. LONG ISLAND DAILY PRESS PUBLISHING CO., INC., Respondent.—

Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.